**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Andrew Whallon v. Candlelight Trails 1 Association, Inc.

Appellate case number:   01-18-00493-CV

Trial court case number:  2008-51588A

Trial court:                   270th District Court of Harris County

Date motion filed:          November 14, 2018

Party filing motion:        Appellant


        It is ordered that the motion for rehearing is **granted**. We withdraw our opinion and judgment dated October 30, 2018 and reinstate this case on the Court's active docket.


Judge's signature: ____/s/ Sherry Radack_____
                            Acting for the Court

Panel consists of: Chief Justice Radack and Justices Brown and Caughey.


Date:   ___December 4, 2018___